No. 1102. GOULD ET AL. *v.* UNITED STATES. May 20, 1946. Petition for writ of certiorari to the Circuit Court

of Appeals for the Sixth Circuit denied. *Edward F. Prichard, Jr., Colvin P. Rouse* and *Frank E. Wood* for petitioners. *Solicitor General McGrath, Robert S. Erdahl* and *Beatrice Rosenberg* for the United States.